UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 10651

SHANGHAI ELE MANUFACTURING
CORPORATION,

    Plaintiff,

-against-

TOWER MANUFACTURING
CORPORATION,

    Defendant.

07 Civ.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Shanghai ELE Manufacturing Corporation states that it is a privately held corporation with no publicly held corporate parents, subsidiaries or affiliates.

New York, New York
November 28, 2007

        BINGHAM McCUTCHEN LLP

        By: _____
        Edward L. Powers
        399 Park Avenue
        New York, NY 10022-4689
        Telephone: (212) 705-7000
        E-mail: e.powers@bingham.com

        *Attorneys for Plaintiff*
        *Shanghai ELE Manufacturing Corporation*

A/71286304.1