**BINGHAM**

# MEMO ENDORSED

**CONFERENCE ADJOURNED UNTIL
2/11/08 AT 9:15 A.M.**

Edward L. Powers
Direct Phone: 212.705.7274
Direct Fax:    212.702.3619
e.powers@bingham.com

**SO ORDERED:**
Date: 12/27/07    *Richard A. Berman*
                  Richard M. Berman, U.S.D.J.

December 27, 2007

**Via Fax: (212) 805-6717**

The Honorable Richard M. Berman
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/07**

**Re:  Shanghai ELE Manufacturing Corp. v.
     Tower Manufacturing Corp.
     S.D.N.Y. No. 07-cv-10651**

Dear Judge Berman:

I am counsel for plaintiff Shanghai ELE Manufacturing Corporation in this case, and John Cotter is counsel for defendant Tower Manufacturing Corporation. We write to request an extension of the Rule 16 scheduling conference presently scheduled for January 9, 2008. Mr. Cotter briefly discussed this request today in a phone call with your Law Clerk Andrew Brettler, who suggested that we submit this letter.

We seek an extension of several weeks because an upcoming ruling in a related case will determine whether there is a need for the conference in this case. In this case, Shanghai ELE seeks declaratory relief concerning the same parties and patent that are the subjects of a related patent infringement case pending in the District of Rhode Island, *Tower Manufacturing Corp. v. Shanghai ELE Manufacturing Corp.*, D. R.I. No. 06-cv-170S-DLM. The parties are awaiting the Rhode Island court's decision on Shanghai ELE's motion to dismiss the Rhode Island case for lack of personal jurisdiction, which is fully briefed and was argued on November 21, 2007. If the Rhode Island case is dismissed, Shanghai ELE expects to proceed with the New York case; if the Rhode Island case is not dismissed, Shanghai ELE expects to dismiss the New York case voluntarily.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

T 617.951.8000
F 617.951.8736
bingham.com

A/72364267.1



**RECEIVED
DEC 27 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.**

The Honorable Richard M. Berman
**December 27, 2007**
Page 2


Based on our understanding of Your Honor's schedule and the need for time to decide the Rhode Island motion to dismiss, we request that the Rule scheduling conference be rescheduled to early or mid February, 2008.

Sincerely yours,

*Edward L. Powers*

Edward L. Powers


/pjb

cc:    John J. Cotter, Esq.  *(via email)*

12/27/07  THU 17:54  [TX/RX NO 8021]