UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANGHAI ELE MANUFACTURING
CORPORATION,

    Plaintiff,

-against-

TOWER MANUFACTURING
CORPORATION,

    Defendant.

07 Civ. 10651 (RMB)

## AFFIDAVIT OF SERVICE

Lawrence T. Stanley, Jr., being duly sworn, deposes and says that he is an attorney admitted to practice in the Commonwealth of Massachusetts, employed by the law firm of Bingham McCutchen LLP, over the age of 18 years and not a party to this action.

On December 28, 2007, deponent served the Summons, Complaint with Exhibits, and Rule 7.1 Statement by sending the documents via email to John J. Cotter, Esq., Tower Manufacturing Corporation's attorney, at K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA, 02111.

In an email dated December 28, 2007, Mr. Cotter identified himself as authorized to accept service and agreed to accept service via email on Tower's behalf.

A/72376508.1

Signed this 8th day of January 2008, under pains and penalties of perjury.

                                               Lawrence T. Stanley, Jr.

Signed and sworn before me in Boston, Massachusetts this 8th day of January 2008.

                                               Notary Public

My Commission Expires:   May 9, 2008

> DEANNA H. KESSELI
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> May 9, 2008