Edward L. Powers
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000

*Attorneys for Plaintiff*
*Shanghai ELE Manufacturing Corporation*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOWER MANUFACTURING CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 01:07-CV-10651-RMB |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that the time for Defendant Tower Manufacturing Corporation ("Tower") to answer, move, or otherwise respond to the Complaint is extended to and including Thursday, February 7, 2008.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that nothing in this Stipulation and Order shall be deemed to constitute an appearance by Tower or consent by Tower to jurisdiction and/or venue, and that Tower retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court.

_____
Edward L. Powers
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
Telephone: 212.705.7000
Email: e.powers@bingham.com

Attorney for Plaintiff
Shanghai ELE Manufacturing Corporation

_____
John J. Cotter
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: 617. 261.3718
Email: john.cotter@klgates.com

Attorneys for Defendant:
Tower Manufacturing Corporation

Date: January 17, 2007

Date: January 17, 2007

SO ORDERED:

_____
Honorable Richard M. Berman
United States District Judge

DATE: 1/22/08

- 2 -