Berman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANGHAI ELE MANUFACTURING CORPORATION,

    Plaintiff,

-against-

TOWER MANUFACTURING CORPORATION,

    Defendant.

07 Civ. 10651 (RMB)

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Shanghai ELE Manufacturing Corporation voluntarily dismisses this action without prejudice. As provided in Rule 41(a)(1), this dismissal is filed prior to Defendant having filed an answer or a motion for summary judgment. **THE CLERK TO CLOSE THIS CASE.**

Dated: New York, New York.
January 23, 2008

BINGHAM McCUTCHEN LLP

By: _____
Edward L. Powers
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Email: e.powers@bingham.com
*Attorneys for Plaintiff*
*Shanghai ELE Manufacturing Corporation*

SO ORDERED:
RMB
_____
U.S.D.J.
1/23/08
Richard M. Berman



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1-23-08